# Court of Appeals
# of the State of Georgia

ATLANTA, __April 19, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1548.  MALCOLM TODD PARHAM v. THE STATE.**

In 2007, Malcolm Parham pled guilty to theft by receiving stolen property and was sentenced to five years, one of which to serve in a work camp and the remainder on probation.  In 2012, the state filed a petition for modification/ revocation of probation.  The trial court revoked Parham's probation, ordering him to serve two years in a work release program.  Parham moved to modify his probated sentence, and the trial court denied his motion.  This direct appeal followed.  However, we lack jurisdiction.

As Parham's most recent sentence was imposed following the revocation of his probation, the underlying subject matter of this appeal is the revocation of probation.  Accordingly, Parham was required to file an application for discretionary review in order to obtain appellate review.  OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider his appeal.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/19/2013 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*